UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:24-cv-02031-JVS(ADSx)                                    Date: June 17, 2025

Title  431 S Almont LLC v. City of Beverly Hills et al

Present: The Honorable:  **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  [IN CHAMBERS]** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **June 23, 2025**, why this action should not be dismissed for lack of prosecution.  As an alternative to a written response, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

**X**     **Joint Rule 26(f) Report** with the Court's Attached Exhibit A

   It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

   **Scheduling Conference set for June 23, 2025, is continued to June 30, 2025 at 10:30 a.m.**

   **It is so Ordered.**